FRANK E. TALBOTT, Appellant, *vs.* WM. B. GERE and A. B. BRACKETT, Respondents.

APPEAL FROM THE DISTRICT COURT OF RAMSEY COUNTY.

*By the Court*—ATWATER, J.—The facts in this case are the same as in the case of *Lewis vs. Buck*, 7 *Minn.*, 104, in

which an opinion has been filed the present term, and the dis
position of the case must be the same. The judgment below
is affirmed.